UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| COUNTRY INNS & SUITES BY CARLSON, INC., | Civil No. 09-2002 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| KRANSI, L.L.P., SUBBARAO YARRA, AND CARLOS MEGO, | |
| Defendants. | |

_____

Craig Miller and Kirk Reilly, **GRAY PLANT MOOTY MOOTY & BENNETT, PA**, 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, for plaintiff.

David Miller, **LAW OFFICES OF DAVID S. MILLER,** 1780 Albert Street North, St. Paul, MN 55113; Richard Dahl, **MADIGAN DAHL & HARLAN, PA**, 222 South Ninth Street, Suite 3150, Minneapolis, MN 55402, for defendants.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 16, 2010 [Docket No. 15].

**IT IS HEREBY ORDERED** that the this case is **DISMISSED WITH PREJUDICE** and on the merits as to Defendants Kransi, L.L.P., Subbarao Yarra, and Carlos Mego, without an award of costs to either Plaintiff Country Inns & Suites By Carlson, Inc. or Defendants Kransi, L.L.P., Subbarao Yarra, and Carlos Mego.

DATED: July 21, 2010
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                       United States District Judge